# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, John Z. | U.S. District Court, N.D.Ill. | 06/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 2152
Chicago, Illinois 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   LPL Financial IRA #1 (H) | | | | | | | | | |
| 2.   - Am. Beacon High Yield Fund | B | Dividend | K | T | Sold<br>(part) | 04/16/20 | K | A | |
| 3.   - Am. Beacon Sm Cap Value Fund | | None | | | Sold<br>(part) | 03/25/20 | J | A | |
| 4. | | | | | Sold | 04/16/20 | J | A | |
| 5.   - Am. Century Equity Income Fund | B | Dividend | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 6. | | | | | Buy<br>(add'l) | 04/16/20 | K | | |
| 7. | | | | | Sold<br>(part) | 06/10/20 | L | A | |
| 8. | | | | | Sold<br>(part) | 10/23/20 | J | A | |
| 9. | | | | | Sold | 11/23/20 | M | B | |
| 10.   - Am. Century Mid Cap Value Fund | A | Dividend | | | Sold<br>(part) | 03/25/20 | J | A | |
| 11. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 12. | | | | | Sold | 06/10/20 | K | A | |
| 13.   - Artisan Mid Cap Fund | D | Dividend | L | T | Sold<br>(part) | 03/25/20 | J | A | |
| 14. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 15. | | | | | Sold<br>(part) | 06/10/20 | J | A | |
| 16.   - Artisan International Value Fund | A | Dividend | K | T | Sold<br>(part) | 06/10/20 | K | A | |
| 17. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Calamos Mkt Neutral Income Fund | A | Dividend | L | T | Sold (part) | 06/10/20 | J | A | |
| 19.   - Clearbridge Large Cap Growth Fund | A | Dividend | M | T | Buy (add'l) | 03/25/20 | J | | |
| 20. | | | | | Buy (add'l) | 04/16/20 | K | | |
| 21. | | | | | Sold (part) | 06/10/20 | K | C | |
| 22. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 23.   - Clearbridge International Growth Fund | A | Dividend | K | T | Buy | 10/23/20 | K | | |
| 24.   - Columbia Dividend Income Mutual Fund | A | Dividend | M | T | Buy | 11/23/20 | M | | |
| 25.   - iShares Core S&P 500 ETF | B | Dividend | M | T | Sold (part) | 06/10/20 | M | A | |
| 26. | | | | | Buy (add'l) | 10/23/20 | L | | |
| 27. | | | | | Buy (add'l) | 11/23/20 | K | | |
| 28. | | | | | Buy (add'l) | 12/23/20 | K | | |
| 29.   - JP Morgan Govt Bond Mutual Fund | B | Dividend | L | T | Buy | 06/10/20 | M | | |
| 30. | | | | | Sold (part) | 10/23/20 | K | A | |
| 31. | | | | | Sold (part) | 11/23/20 | K | A | |
| 32. | | | | | Sold (part) | 12/23/20 | K | A | |
| 33.   - JP Morgan Prime Money Mkt Acct | A | Interest | J | T | | | | | |
| 34.   - Janus Venture Fund | A | Dividend | K | T | Sold (part) | 03/25/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/16/20 | J | A | |
| 36.   - Oppenheimer Dev. Mkts Fund | A | Dividend | K | T | Sold (part) | 06/10/20 | K | C | |
| 37. | | | | | Buy (add'l) | 12/23/20 | K | | |
| 38.   - Prudential Total Return Bond Fund | C | Dividend | L | T | | | | | |
| 39.   - Prudential PGIM Core Bond Mutual Fund | B | Dividend | M | T | Buy | 04/16/20 | M | | |
| 40. | | | | | Buy (add'l) | 06/10/20 | M | | |
| 41.   - SPDR Gold Shares ETF | A | Dividend | K | T | Buy | 06/10/20 | K | | |
| 42.   - Vanguard Growth ETF | A | Dividend | | | Sold | 06/10/20 | L | E | |
| 43.   LPL Financial IRA #2 (H) | | | | | | | | | |
| 44.   - Vanguard Emerging Mkrs Select Stock Mutual Fund | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 45. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 46.   - Vanguard Intermed. Term Invest. Grade Bond Fund | A | Dividend | J | T | Buy (add'l) | 06/10/20 | J | | |
| 47. | | | | | Sold (part) | 10/23/20 | J | A | |
| 48. | | | | | Sold (part) | 11/23/20 | J | A | |
| 49. | | | | | Sold (part) | 12/23/20 | J | A | |
| 50. | | | | | | | | | |
| 51.   - Vanguard High Yield Corporate Bond Mut. Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Vanguard International Value Mut. Fund | A | Dividend | J | T | Sold<br>(part) | 02/06/20 | J | A | |
| 53. | | | | | Sold<br>(part) | 05/06/20 | J | A | |
| 54. | | | | | Sold<br>(part) | 06/10/20 | J | A | |
| 55. | | | | | Sold<br>(part) | 08/06/20 | J | A | |
| 56. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 57. | | | | | Sold<br>(part) | 11/06/20 | J | A | |
| 58.   - Vanguard STAR Mut Fund | A | Dividend | J | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 59.   - Vanguard Total Stock Market Mut. Fund | A | Dividend | J | T | Sold<br>(part) | 06/10/20 | J | B | |
| 60. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 63.   - Goldman Sachs Bank USA Cash Acct | A | Dividend | J | T | | | | | |
| 64.   Trust # 1 (H) | | | | | | | | | |
| 65.   - T. Rowe Price Ret. 2035 Mut. Fund | D | Dividend | N | T | Sold<br>(part) | 06/10/20 | M | E | |
| 66. | | | | | Sold<br>(part) | 07/02/20 | M | E | |
| 67. | | | | | Buy<br>(add'l) | 12/17/20 | L | | |
| 68. | | | | | Buy<br>(add'l) | 12/21/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - T. Rowe Price Stable Value Fund | A | Dividend | N | T | Buy | 06/16/20 | M | | |
| 70. | | | | | Buy<br>(add'l) | 07/02/20 | M | | |
| 71. | | | | | Sold<br>(part) | 12/17/20 | L | A | |
| 72.   LPL Financial IRA #3 (H) | | | | | | | | | |
| 73.   - Am. Beacon Sm Cap Value Fund | | None | | | Sold | 04/16/20 | J | A | |
| 74.   - Am. Century Mid Cap Value Fund | A | Dividend | | | Sold<br>(part) | 04/16/20 | J | A | |
| 75. | | | | | Sold | 06/10/20 | K | A | |
| 76.   - Am. Century Equity Income Mut Fund | B | Dividend | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 77. | | | | | Sold<br>(part) | 06/10/20 | K | A | |
| 78. | | | | | Sold<br>(part) | 10/23/20 | J | A | |
| 79. | | | | | Sold | 11/23/20 | L | A | |
| 80.   - Artisan International Value Mutual Fund | | None | K | T | Buy | 11/23/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 82.   - Calamos Mkt Neutral Income Fund | A | Dividend | K | T | Sold<br>(part) | 06/10/20 | K | A | |
| 83.   - Clearbridge International Growth Fund | A | Dividend | K | T | Sold<br>(part) | 04/16/20 | J | A | |
| 84. | | | | | Sold<br>(part) | 06/10/20 | J | B | |
| 85. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Clearbridge Large Cap Growth | A | Dividend | L | T | Buy (add'l) | 04/16/20 | J | | |
| 87. | | | | | Sold (part) | 06/10/20 | J | A | |
| 88.  - Clearbridge Small Cap Fund | A | Dividend | | | Sold | 10/16/20 | J | A | |
| 89.  - Columbia Dividend Income Mutual Fund | A | Dividend | L | T | Buy | 11/23/20 | L | | |
| 90.  - iShares Core S&P 500 ETF | B | Dividend | M | T | Sold (part) | 06/10/20 | L | E | |
| 91. | | | | | Buy (add'l) | 10/23/20 | K | | |
| 92. | | | | | Buy (add'l) | 11/23/20 | K | | |
| 93. | | | | | Buy (add'l) | 12/23/20 | K | | |
| 94.  - Janus Enterprise Fund | A | Dividend | K | T | Sold (part) | 04/16/20 | J | A | |
| 95. | | | | | Sold (part) | 06/10/20 | J | B | |
| 96.  - JP Morgan Govt Bond Mutual Fund | A | Dividend | K | T | Buy | 06/10/20 | L | | |
| 97. | | | | | Sold (part) | 10/23/20 | K | A | |
| 98. | | | | | Sold (part) | 11/23/20 | K | A | |
| 99. | | | | | Sold (part) | 12/23/20 | K | A | |
| 100.  - Oppenheimer Developing Mkt Fund | A | Dividend | J | T | Sold (part) | 04/16/20 | J | A | |
| 101. | | | | | Sold (part) | 06/10/20 | J | B | |
| 102.  - Invesco Oppenheimer Main Street Small Cap Mutual Fund | A | Dividend | K | T | Buy | 10/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - PGIM Core Bond Mutual Fund | A | Dividend | L | T | Buy | 06/10/20 | L | | |
| 104.  - PGIM Total Return Bond Fund | B | Dividend | L | T | | | | | |
| 105.  - PGIM Short Duration High Yield Fund | B | Dividend | K | T | Sold (part) | 06/10/20 | K | A | |
| 106.  - SPDR Gold Trust Gold ETF | | None | K | T | Buy | 06/10/20 | K | | |
| 107.  - Vanguard Growth Fund | A | Dividend | | | Sold | 06/10/20 | K | E | |
| 108.  - Morgan Stanley Private Bank Money Market Fund | A | Dividend | J | T | | | | | |
| 109. Artisan International Value Mutual Fund | A | Dividend | J | T | Buy | 11/23/20 | J | | |
| 110. Calamos Market Neutral Income Mutual Fund | A | Dividend | K | T | Buy | 06/10/20 | K | | |
| 111. Clearbridge International Growth Fund | A | Dividend | J | T | Buy | 10/23/20 | J | | |
| 112. DWS Managed Municipal Bond Mutual Fund | A | Dividend | | | Sold | 06/10/20 | K | A | |
| 113. DWS Intermediate Tax-Free Mut. Fund | A | Dividend | K | T | | | | | |
| 114. Janus Enterprise Mut. Fund | | None | | | Sold | 07/23/20 | J | B | |
| 115. Janus Venture Mut. Fund | | None | | | Sold | 07/23/20 | J | B | |
| 116. Oakmark Fund Mutual Fund | | None | | | Sold | 03/11/20 | K | A | |
| 117. Goldman Sachs Bank USA Cash Acct | A | Interest | J | T | | | | | |
| 118. JP Morgan Government Bond Mutual Fund | A | Dividend | L | T | Buy | 06/10/20 | L | | |
| 119. | | | | | Buy (add'l) | 07/23/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/23/20 | J | A | |
| 121. | | | | | Sold (part) | 11/23/20 | J | A | |
| 122. | | | | | Sold (part) | 12/23/20 | J | A | |
| 123. Loomis Sayles Growth Mut. Fund | B | Dividend | K | T | Buy (add'l) | 03/16/20 | J | | |
| 124. Oppenheimer Dev. Markets Mut. Fund | A | Dividend | J | T | Buy (add'l) | 03/16/20 | J | | |
| 125. | | | | | Sold (part) | 06/10/20 | J | A | |
| 126. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 127. Prudential PGIM Core Bond Mutual Fund | B | Dividend | K | T | Buy | 06/10/20 | K | | |
| 128. Vanguard FTSE Dev. Mkts Fund | A | Dividend | J | T | | | | | |
| 129. Vanguard Growth ETF | A | Dividend | | | Buy (add'l) | 04/15/20 | J | | |
| 130. | | | | | Sold | 06/10/20 | K | C | |
| 131. Vanguard Total Stock Market ETF | A | Dividend | K | T | Buy | 10/23/20 | J | | |
| 132. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 133. | | | | | Buy (add'l) | 12/23/20 | K | | |
| 134. WisdomTree US Large Cap Dividend ETF | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 135. | | | | | Buy (add'l) | 04/15/20 | K | | |
| 136. WisdomTree US Mid Cap Dividend Fund | A | Dividend | | | Sold | 06/10/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  iShares Core S&P 500 ETF | A | Dividend | | | Buy (add'l) | 03/11/20 | K | | |
| 138. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 139. | | | | | Sold (part) | 06/10/20 | K | C | |
| 140. | | | | | Sold | 07/23/20 | K | C | |
| 141.  iShares Russell 1000 Value ETF | | None | | | Sold | 03/11/20 | K | A | |
| 142.  Bright Directions 529 Savings #1 | | | | | | | | | |
| 143.  - Bright Directions College Savings 17-18 Portfolio | | None | | | Buy (add'l) | 01/21/20 | L | | |
| 144. | | | | | Buy (add'l) | 02/20/20 | J | | |
| 145. | | | | | Sold | 05/18/20 | M | E | |
| 146.  - Bright Directions 529 College Savings Invesco Govt & Ag Portfolio | A | Dividend | M | T | Buy | 05/18/20 | M | | |
| 147. | | | | | Buy (add'l) | 08/18/20 | K | | |
| 148. | | | | | Sold (part) | 09/04/20 | K | A | |
| 149. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 150. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 151. | | | | | Sold (part) | 10/23/20 | K | A | |
| 152. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 153. | | | | | Buy (add'l) | 12/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 12/18/20 | K | A | |
| 155. - Bright Diections 529 College Savings<br>Northern Funds Index Portfolio | | None | K | T | Buy | 10/23/20 | K | | |
| 156. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 157. Bright Directions 529 Savings #2 | | | | | | | | | |
| 158. - Bright Directions College Savings Baird<br>Short-Term Bond Fund | | None | K | T | Buy<br>(add'l) | 01/17/20 | L | | |
| 159. | | | | | Buy<br>(add'l) | 02/18/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 161. - Bright Directions College Savings T Rowe<br>Price Balanced Portfolio | | None | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 02/18/20 | J | | |
| 163. | | | | | Sold | 07/15/20 | L | D | |
| 164. - Bright Directions 529 College Savings<br>Fidelity US Bond Index | | None | K | T | Buy | 01/17/20 | L | | |
| 165. | | | | | Buy<br>(add'l) | 02/18/20 | J | | |
| 166. | | | | | Sold<br>(part) | 07/15/20 | J | A | |
| 167. - Bright Directions 529 College Savings<br>Invesco Govt & Ag. Portfolio | A | Dividend | L | T | Buy | 07/15/20 | L | | |
| 168. Apple (AAPL) | | None | K | T | Buy | 12/31/20 | K | | |
| 169. Amazon (AMZN) | | None | K | T | | | | | |
| 170. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Revolution Lighting (RVLT) | | None | J | T | | | | | |
| 172. Schwab One Interest Account | A | Interest | J | T | | | | | |
| 173. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lee, John Z.** | 06/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John Z. Lee**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544